FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

MAY 5 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RE: Search Warrant of 4224 County Road 37, ) CR. NO. 3:06mj44-SRW
    Notasulga, Alabama                      )

## O R D E R

For good cause shown it is hereby ORDERED, ADJUDGED, and DECREED that the affidavit in support of the search warrant be sealed until further order of the Court.

DONE this the 5th day of May, 2006.

UNITED STATES MAGISTRATE JUDGE